AUSA LYNDSI ALLSOP (323485)
1300 United States Courthouse, 312 North Spring Street
Los Angeles, California 90012
Tel: (213) 894-3165; Facsimile: (213) 894-3713
Lyndsi.Allsop@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF(S) v. RYAN JAMES WEDDING, ET AL. DEFENDANT(S). | CASE NUMBER: 24-CR-369(A)-SPG  NOTICE OF MANUAL FILING OR LODGING |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

- Documents

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| November 6, 2025 | Lyndsi Allsop |
|---|---|
| Date | Attorney Name |
|  | United States of America |
|  | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING